**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

GLUE WILKINS,  : No. 814 MAL 2014
:
Petitioner  :
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
v.  :
:
:
:
DORINA VARNER, CHIEF GRIEVANCE  :
OFFICER, PA. DEPT. OF  :
CORRECTIONS,  :
:
Respondents  :

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of February, 2015, the Applications for Leave to File Post-Submission and the Petition for Allowance of Appeal are hereby DENIED. The Application for Leave to File Original Process is GRANTED. The Application for Exercise of King's Bench Power or Extraordinary Jurisdiction is DENIED.